JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Markus Hopkins and Ashley O'Keefe,<br><br>    Plaintiffs,<br><br>    v.<br><br>Double T Management, and Does 1-10 inclusive,<br><br>    Defendants. | Case No. 2:18-cv-01625-PJW<br><br>**Order Joint Stipulation and Order for Dismissal with Prejudice** |

## <u>ORDER</u>

Based upon the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety as to all parties, with prejudice; and

2. Each party is to bear his, her or its own fees and costs.

IT IS SO ORDERED.

Dated: November 13, 2018

_____
Hon. Patrick J. Walsh
United States Magistrate Judge